**Frank TALLIS, Appellant, v. UNITED STATES of America, Appellee.**

No. 3134.

Circuit Court of Appeals, Fourth Circuit.

Jan. 20, 1931.

John Jay Henderson, of Burlington, N. C., for appellant.

E. L. Gavin, U. S. Atty., of Greensboro, N. C.

**PER CURIAM.**

Case docketed and dismissed on motion of appellee.